GORDON REES SCULLY MANSUKHANI, LLP
Debra Ellwood Meppen, Esq., State Bar No. 183885
dmeppen@grsm.com
Laurie DeYoung, Esq., State Bar No. 154796
ldeyoung@grsm.com
Gene F. Williams, Esq., State Bar No. 211390
gfwilliams@grsm.com
633 West Fifth Street, 52ND floor
Los Angeles, California 90071
Telephone:   (213) 576-5027
Facsimile:    (213) 680-4470

KING, HOLMES, PATERNO & SORIANO, LLP
Howard E. King, Esq., State Bar No. 77012
hking@khpslaw.com
John G. Snow, Esq., State Bar No. 280790
Jsnow@khpslaw.com
Jackson S. Trugman, Esq., State Bar No. 295145
Jtrugman@khpslaw.com
1900 Avenue of the Stars, Twenty-Fifth Floor
Los Angeles, California 90067-4506
Telephone:   (310) 282-8989
Facsimile:    (310) 282-8903

Attorneys for Defendants BRIAN WARNER and MARILYN MANSON RECORDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHLEY LINDSAY MORGAN SMITHLINE,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually, and MARILYN MANSON RECORDS, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-5289-RGK(AFMx)<br><br>The Hon. R. Gary Klausner<br><br>**NOTICE OF ASSOCIATION OF CO-COUNSEL** |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants BRIAN WARNER and MARILYN MANSON RECORDS, INC. hereby associate Howard E. King, John G. Snow and Jackson S. Trugman of KING, HOLMES, PATERNO & SORIANO, LLP as co-counsel for all purposes on their behalf. All notices should be sent to both counsel at their mailing and e-mail addresses shown in the caption herein.

DATED:   July 18, 2022        GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ DEBRA ELLWOOD MEPPEN*
      DEBRA ELLWOOD MEPPEN
      LAURIE DEYOUNG
      GENE F. WILLIAMS
Attorneys for Defendants BRIAN WARNER and MARILYN MANSON RECORDS, INC.

I consent to this association on behalf of King, Holmes, Paterno & Soriano, LLP.

DATED:   July 18, 2022        KING, HOLMES, PATERNO & SORIANO, LLP

By:   */s/ HOWARD E. KING*
      HOWARD E. KING
      JOHN G. SNOW
      JACKSON S. TRUGMAN
Attorneys for Defendants BRIAN WARNER and MARILYN MANSON RECORDS, INC.