Jay D. Ellwanger (CA Bar No. 217747)
jellwanger@equalrights.law
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
(737) 808-2260
(737) 808-2262 (fax)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY LINDSAY MORGAN SMITHLINE,** <br><br> Plaintiff, <br><br> v. <br><br> **BRIAN WARNER a/k/a MARILYN MANSON, individually, MARILYN MANSON RECORDS, INC.,** <br><br> Defendant. | Case No. 2:21-cv-05289-FLA (MARx) <br><br> **DECLARATION OF JAY D. ELLWANGER IN SUPPORT OF MOTION FOR WITHDRAWAL** |

Pursuant to 28 U.S.C. § 1746, Jay D. Ellwanger ("Counsel") hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I am a partner in Ellwanger Law LLLP and have been duly licensed to practice law in the State of California since 2001. The evidence set out in the foregoing Declaration is based on my personal knowledge.

1

2. I am Counsel for Plaintiff, and I submit this Declaration in support of the Motion to Withdraw Representation.

3. On or about March 19, 2021, Plaintiff engaged Ellwanger Law LLLP to represent her in preparation to file the above-referenced lawsuit (the "Retainer Agreement"), which was filed on June 29, 2021.

4. Plaintiff's conduct has rendered it unreasonably difficult for Counsel to carry out the representation effectively;

5. Plaintiff has breached Paragraphs 9 and 16 of the Retainer Agreement.

6. Counsel provided Plaintiff a reasonable warning after the breach that Counsel will withdraw unless Plaintiff fulfilled the terms of the Retainer Agreement.

7. Plaintiff knowingly and freely assented to termination of the representation on or about August 19, 2022.

8. I provided written notice to Plaintiff of my intent to file the Motion for Withdrawal of Representation on August 26, 2022.

9. Counsel served Requests for Production and Interrogatories on Defendant on August 9, 2022. Defendant served Requests for Admission on Plaintiff on August 9, 2022 and Requests for Production and Interrogatories on August 23, 2022. No depositions have been scheduled in the case and no documents have been exchanged by the parties. Discovery closes February 10, 2023 and trial filings are due in May 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2022.

                                                          */s/ Jay D. Ellwanger*