1  Jay D. Ellwanger (CA Bar No. 217747)
2  jellwanger@equalrights.law
   **ELLWANGER LAW LLLP**
3  8310-1 N. Capital of Texas Highway, Ste. 190
4  Austin, Texas 78731
   (737) 808-2260
5  (737) 808-2262 (fax)
6  Attorney for Plaintiff

7
8
9          **UNITED STATES DISTRICT COURT**
10          **CENTRAL DISTRICT OF CALIFORNIA**

11  **ASHLEY LINDSAY MORGAN**         **Case No. 2:21-cv-05289-FLA (MARx)**
    **SMITHLINE,**
12
              Plaintiff,
13
           v.
14                                    **[PROPOSED] ORDER**
    **BRIAN WARNER a/k/a**
15  **MARILYN MANSON,**
    **individually, MARILYN**
16  **MANSON RECORDS, INC.,**

17            Defendant.

18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having considered all papers filed in support of and in opposition to the Motion, arguments of counsel, and all other pleadings and papers on file herein, the Court **HEREBY GRANTS** the Motion.

Therefore, **IT IS HEREBY ORDERED** that Counsel Jay D. Ellwanger and Ellwanger Law LLLP is withdrawn as counsel of record and that Plaintiff's deadline to respond to all pending written discovery by Defendants is **EXTENDED** by ninety (90) days.

**IT IS SO ORDERED.**

_____           _____

Date                                                             Hon. Fernando L. Aenlle-Rocha

United States District Judge