KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Defendants
BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHLEY LINDSAY MORGAN SMITHLINE,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-05289-FLA-MAR<br><br>**NOTICE OF NON-OPPOSITION OF WITHDRAWAL OF JAY D. ELLWANGER (DKT. 23)**<br><br>Date: Sept. 30, 2022<br>Time: 1:30 pm<br>Crtrm.: 6B<br><br>Hon. Fernando L. Aenlle-Rocha |

Defendants Brian Warner a/k/a Marilyn Manson and Marilyn Manson Records, Inc. do not oppose the immediate withdrawal of Jay D. Ellwanger as counsel of record for Plaintiff Ashley Morgan Smithline.  However, given that neither Mr. Ellwanger's motion (Dkt. 23) nor his declaration (Dkt. 23-1) state that Ms. Smithline has retained (or even wishes to retain) new counsel, Defendants request that the Court order Ms. Smithline to provide her current contact information—address, phone number, and email address—as a condition of the withdrawal given that she will be appearing *pro se* until she retains new counsel. *See Gabriel Aldave v. City of Buena Park, et al.*, 2021 WL 9181750, at *2 (C.D. Cal. Dec. 22, 2021) (ordering party to

provide mailing address, email, and telephone number, where motion to withdraw granted and "[i]n the interim, [party] will be appearing *pro se*"); *Clasby v. Ivanovic*, 2020 WL 6450287, at *3 (C.D. Cal. Nov. 3, 2020) (ordering that "[w]ithdrawal will not be effective" unless party provided mailing address, email, and telephone number, where upon withdrawal of counsel, party "may either continue *pro se* or retain new counsel").[1] Defendants sought to obtain this information through a draft stipulation supplied to Mr. Ellwanger (Exhibit A), but he declined to sign.

DATED: September 6, 2022

Respectfully submitted,

KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ Howard E. King
HOWARD E. KING
Attorneys for Defendants
BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.

///
///
///
///

---

[1]   *See also Burtscher v. Moore*, 2013 WL 11316941, at *3 (C.D. Cal. Feb. 7, 2013) (declining to set aside entry of default where counsel withdrew and party had "the duty to inform the court and other parties of his current contact information" pursuant to Local Rule 41-6 but did not); *Nedbank Int'l, Ltd. v. Xero Mobile, Inc.*, 2008 WL 4814706, at *2 (C.D. Cal. Oct. 30, 2008) (denying motion to withdraw without prejudice stating, "in a future motion, [counsel] should provide this Court with corporate contact information so that the Court and [other party] know where [party] may be served").

1 | DATED: September 6, 2022          GORDON REES SCULLY MANSUKHANI, LLP

                                     By: _____
                                         GENE WILLIAMS
                                         Attorneys for Defendants
                                         BRIAN WARNER a/k/a MARILYN
                                         MANSON and MARILYN MANSON
                                         RECORDS, INC.

# EXHIBIT A

| | |
|---|---|
| 1 | KING, HOLMES, PATERNO & SORIANO, LLP |
| | HOWARD E. KING, ESQ., STATE BAR NO. 77012 |
| 2 | JOHN G. SNOW, ESQ., STATE BAR NO. 280790 |
| | JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145 |
| 3 | JSNOW@KHPSLAW.COM |
| | 1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR |
| 4 | LOS ANGELES, CALIFORNIA 90067-4506 |
| | TELEPHONE: (310) 282-8989 |
| 5 | FACSIMILE:  (310) 282-8903 |
| 6 | Attorneys for Defendants |
| | BRIAN WARNER a/k/a MARILYN |
| 7 | MANSON, individually; MARILYN |
| | MANSON RECORDS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHLEY LINDSAY MORGAN SMITHLINE, | CASE NO. 2:21-cv-05289-FLA-MAR |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING MOTION TO WITHDRAW REPRESENTATION** |
| vs. | |
| BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC., | Date:  Sept. 30, 2022<br>Time:  1:30 pm<br>Crtrm.:  6B |
| Defendants. | Hon. Fernando L. Aenlle-Rocha |

3310.094/1852001.2

**STIPULATION**

The parties to the above captioned action, through their counsel of record, stipulate to the following:

WHEREAS, on August 27, 2022, Jay Ellwanger filed a Motion to Withdraw Representation of Plaintiff Ashley Lindsay Morgan Smithline (Dkt. 23); and

WHEREAS, after reviewing Mr. Ellwanger's Motion and the materials submitted therewith, Defendants do not oppose his request for withdrawal, and agree that Mr. Ellwanger should be permitted to withdraw as counsel for Ms. Smithline immediately, so long as Mr. Ellwanger provides the Court and counsel for Defendants with Ms. Smithline's current address, telephone number, and email address so that she may be contacted and served with papers related to this case (*see* L.R. 41-6).

IT IS THEREBY STIPULATED that upon Court approval, and without the need for a hearing on the Motion, Mr. Ellwanger may withdraw as counsel of record for Ms. Smithline.

DATED:   September __, 2022       ELLWANGER LAW LLLP

By: _____
JAY D. ELLWANGER
Attorneys for Plaintiff ASHLEY LINDSAY MORGAN SMITHLINE

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

King, Holmes, Paterno & Soriano, LLP

3310.094/1852001.2

1

STIPULATION AND [PROPOSED] ORDER

DATED: September __, 2022          KING, HOLMES, PATERNO & SORIANO, LLP

By: _____
HOWARD E. KING
Attorneys for Defendants
BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.

## [PROPOSED] ORDER

For good cause shown, the above Stipulation is adopted as follows:

Jay Ellwanger's request to withdraw as counsel of record for Plaintiff Ashley Lindsay Morgan Smithline is granted, and will be effective as of the date of this Order. Within seven days, Mr. Ellwanger shall file notice with the Court providing Ms. Smithline's current address, telephone number, and email address.

**IT IS SO ORDERED.**

DATED: September __, 2022

_____
Hon. Fernando L. Aenlle-Rocha
United States District Judge