JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LINDSAY SMITHLINE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN WARNER, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-05289-FLA (MARx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [DKT. 27]** |

On October 5, 2022, the court granted Plaintiff Ashley Lindsay Morgan Smithline's ("Plaintiff") Counsel Jay D. Ellwanger's Motion to Withdraw Representation, stayed the action, and Ordered Plaintiff to file by December 5, 2022, either: (1) a notice of substitution of counsel, or (2) a status report regarding her readiness to litigate this action in pro se. Dkt. 27. Plaintiff was advised that the court may dismiss the action without prejudice, pursuant to Fed. R. Civ. P. 41(b), if she failed to file a response timely. *Id.* at 2. Plaintiff has not filed a response as of the date of this Order.

The court, therefore, DISMISSES this action <u>without prejudice</u>, for Plaintiff's failure to prosecute the action. *See* Fed. R. Civ. P. 41(b). Defendants Brian Warner and Marilyn Manson Records, Inc.'s ("Defendants") Motion to Dismiss Plaintiff's Complaint, Dkt. 28, is DENIED as moot.

IT IS SO ORDERED.

Dated: January 3, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2